Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE ANTHONY COLBERT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES, WARDEN,<br><br>    Respondent. | Case No. ED CV 06-652-JSL (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 3, 2008.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COLBERT, D 652\Judgment.wpd